# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JONATHAN WAGAR #389080** | **CASE NO.  5:25-CV-00783 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN DAUZAT** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 7] previously filed herein, after an independent review of the record, including written objections filed by Plaintiff [Doc. No. 8], and determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **and DECREED** that Plaintiff's complaint [Doc. No. 1] is **DISMISSED WITH PREJUDICE** for failure to establish that the state courts' rulings were contrary to, or involved an unreasonable application of, clearly established federal law.

MONROE, LOUISIANA, this 9th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE